IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RENITA T. KALISZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:24-cv-684 (LMB/IDD) |
| ) | |
| RAS TRUSTEE SERVICES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in open court, defendant Credit Suisse Securities LLC, Select Portfolio Servicing, Inc., Ras Trustee Services, LLC, and Robertson, Anschutz, Schneid, Crane & Partners, PLLC's Motions to Dismiss [Dkt. Nos. 21, 26, 29] are GRANTED. Accordingly, it is hereby

ORDERED that the Amended Complaint be and is DISMISSED WITH PREJUDICE as to Credit Suisse Securities LLC, and be and is DISMISSED WITHOUT PREJUDICE as to Select Portfolio Servicing, Inc., Ras Trustee Services, LLC, and Robertson, Anschutz, Schneid, Crane & Partners, PLLC; and it is further

ORDERED that plaintiff Renita T. Kalisz has leave to file a second and final Amended Complaint within thirty (30) days, if the pleading defects discussed in open court are corrected. The Second Amended Complaint is limited to Real Estate Procedures Act claims against defendant Select Portfolio Servicing, Inc., and Fair debt Collection Practices Act claims against defendants Select Portfolio Servicing, Inc., Ras Trustee Services, LLC, and Robertson,

Anschutz, Schneid, Crane & Partners, PLLC. Because defendant Credit Suisse Securities LLC has been dismissed from this action, no new claims may be brought against it.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 19th day of July, 2024.

Alexandria, Virginia

/s/ *signature*
Leonie M. Brinkema
United States District Judge