UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RENITA T. KALISZ,

      Plaintiff,

v.                                                                                  Case No.: 1:24cv684

RAS TRUSTEE SERVICES, LLC,
SELECT PORTFOLIO SERVICING, INC.,
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE,
& PARTNERS, PLLC,

      Defendants.

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Renita T. Kalisz, above named, hereby appeals to the United

States Court of Appeals for the Fourth Circuit from the Orders entered in this action on July 19,

2024 and January 31, 2025.

           Respectfully submitted,

           RENITA T. KALISZ

           By Counsel

   /s/ Justin L. Criner         .
Justin L. Criner (VSB # 90649)
The Beale Law Firm, PC
808 Moorefield Park Drive, Suite 110
North Chesterfield, VA 23236
(804) 788-1500
(804) 788-0135 (facsimile)
jcriner@bealelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Edward J. Longosz, II
Virginia Bar No. 39411
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, 12th Floor
Washington, DC 20006
Tel: (202) 659-6672
Fax: (202) 659-6699
elongosz@eckertseamans.com
Attorney for Select Portfolio Servicing, Inc.
and Credit Suisse Securities (USA) LLC

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

      /s/ Justin L. Criner      .
Justin L. Criner (VSB # 90649)
The Beale Law Firm, PC
808 Moorefield Park Drive, Suite 110
North Chesterfield, VA 23236
(804) 788-1500
(804) 788-0135 (facsimile)
jcriner@bealelaw.com
Counsel for Renita T. Kalisz

2